IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:09CR369 |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARCUS RAY LEONARD, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of defendant Marcus Ray Leonard (Leonard) to review detention (Filing No. 13). Leonard seeks a hearing and release to the third-party custody of Jennifer Hiner, in Omaha, Nebraska.

Jennifer Hiner is the mother of Krista Hiner, the eighteen-year-old girl friend of Leonard. Ms. Hiner was with Leonard when he was arrested at 1:43 a.m. as a result of a report of a "missing minor." Leonard became combative at the time of the arrest. Leonard has an extensive criminal history. The half-way house, CH Inc., declined to accept Leonard for placement due to his criminal history.

The undersigned magistrate judge finds the proposal of Leonard in his motion to be inadequate to reasonably assure the safety of the community if he were released. Leonard's motion will be denied in its entirety.

**IT IS ORDERED:**

Leonard's motion to review detention and his request for a hearing (Filing No. 13) is denied.

DATED this 11th day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge